| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Dennis Price, SBN 279082 |
| 2 | Amanda Lockhart Seabock, SBN 289900 |
| | <u>8033 Linda Vista Road, Suite 200</u> |
| 3 | <u>San Diego, CA 92111</u> |
| | (858) 375-7385; (888) 422-5191 fax |
| 4 | amandas@potterhandy.com |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case No.: 2:20-cv-06717-VAP-MAA |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| **R.A. Glendale, LLC,** a California Limited Liability Company; **Marshalls of CA, LLC**, a Virginia Limited Liability Company; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: <u>September 25, 2020</u>     By: <u>/s/Amanda Lockhart Seabock</u>
Amanda Lockhart Seabock
Attorney for Plaintiff