JS-6

# United States District Court
# Central District of California

ORLANDO GARCIA,

        Plaintiff,

        v.

R.A. GLENDALE, LLC., et al.,

        Defendants.

Case No. CV 20-06717-VAP (MAAx)

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  October 1, 2020

                              HON. VIRGINIA A. PHILLIPS
                              United States District Judge